## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Tarman, | Civil No. 11-1325 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| Pioneer Credit Recovery, Inc., a foreign corporation, | |
| Defendant. | |

Based upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 3), **IT IS ORDERED** that Plaintiff's claims against Defendant are voluntarily **DISMISSED WITH PREJUDICE** in their entirety, on the merits, with each party to bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
